No. 74–5564.   GONZALES-SOLANO *v.* UNITED STATES.
C. A. 9th Cir.   Certiorari denied.

No. 74–5573.   RONAN *v.* BRIGGS ET AL.   Sup. Jud. Ct.
Mass.   Certiorari denied.

No. 74–5637.   PITTS *v.* WOODWARD & LOTHROP.   Ct.
App. D. C.   Certiorari denied.

No. 74–5659.   WHITE *v.* CAUDLE, CORRECTIONAL SU-
PERINTENDENT, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 74–5661.   HURT *v.* BEDINGER ET AL.   C. A. 4th
Cir.   Certiorari denied.

No. 74–5667.   LUCKETT *v.* WARDEN, NEVADA STATE
PRISON.   C. A. 9th Cir.   Certiorari denied.

No. 74–5668.   SMITH *v.* MISSOURI.   Sup. Ct. Mo.
Certiorari denied.

No. 74–5670.   MARTIN *v.* INDIANA.   Sup. Ct. Ind.
Certiorari denied.

No. 74–5676.   FLORES *v.* CRAVEN, WARDEN.   C. A. 9th
Cir.   Certiorari denied.

No. 74–5677.   HENRY *v.* CALIFORNIA.   Ct. App. Cal.,
4th App. Dist.   Certiorari denied.

No. 74–5678.   LIDDY *v.* UNITED STATES.   C. A. D. C.
Cir.   Certiorari denied.

No. 74–5679.   PILLIS *v.* FISHER, T/A J. W. FISHER
TAXI SERVICE.   Sup. Ct. Va.   Certiorari denied.

No. 74–5682.   SZARAZ *v.* OHIO.   Sup. Ct. Ohio.   Certi-
orari denied.